# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF KENTUCKY
# PIKEVILLE DIVISION

| | |
|---|---|
| In re: <br> INMET MINING, LLC,[1] <br><br> Debtor. <br><br> BLUEGRASS NATURAL RESOURCES, LLC, <br><br> Plaintiff, <br><br> v. <br><br> BLACKJEWEL LIQUIDATION TRUST by and through DAVID J. BECKMAN, TRUSTEE, and THE LIQUIDATING TRUST OF INMET MINING, LLC, <br><br> Defendants. <br><br> ———————— <br><br> BLACKJEWEL LIQUIDATION TRUST, LLC by and through DAVID J. BECKMAN, TRUSTEE, <br><br> Counterclaim-Plaintiff. <br><br> v. <br><br> BLUEGRASS NATURAL RESOURCES, LLC, and THE LIQUIDATING TRUST OF INMET MINING, LLC, <br><br> Counterclaim-Defendants. | Chapter 11 <br><br> Case No. 23-70113 <br><br> Honorable Gregory R. Schaaf <br><br><br><br><br><br><br> Adv. Proceeding No. 25-07001-dll <br><br><br> Honorable Douglas L. Lutz |

---

[1] The Debtor in this chapter 11 case, and the last four digits of the Debtor's taxpayer identification number, are as follows: INMET Mining, LLC (1693).

## JOINT MOTION TO AMEND JOINT SCHEDULING ORDER

Plaintiff and Counterclaim Defendant Bluegrass Natural Resources, LLC, f/k/a Bluegrass Energy, LLC ("Bluegrass"), Defendant and Counterclaim Plaintiff Blackjewel Liquidation Trust, LLC, by and through its trustee David J. Beckman (the "Blackjewel Trust"), and Defendant and Counterclaim Defendant the Liquidating Trust of INMET Mining, LLC (the "INMET Trust," collectively with Bluegrass and the Blackjewel Trust, the "Parties"), amend the *Motion to Amend Joint Scheduling Order* [Docket No. 39] (the "August 5th Motion") and respectfully request for entry of an order by the Court, substantially in the form attached hereto as **Exhibit A**, extending case deadlines set forth in the *Joint Scheduling Order* [Docket No. 34] (the "Third Scheduling Order") entered by the Court on April 22, 2025, by seventy-five (75) calendar days.[2]

## NOTICE OF HEARING

Notice is hereby given that this motion shall be brought on for hearing on August 21, 2025, at 10:00 a.m. (prevailing Eastern Time) in the United States Bankruptcy Court for the Eastern District of Kentucky, 35 West 5th Street, Suite 306, Covington, Kentucky 41011, or as soon thereafter as counsel may be heard.

[*Remainder of Page Intentionally Left Blank*]

---

[2] Due to one deponent currently receiving treatment for a serious medical condition, the timeline initially requested in the August 5th Motion is not feasible.

2

DATED:  August 19, 2025

/s/ Nicholas S. Johnson
Nicholas S. Johnson (admitted *pro hac vice*)
BAILEY & GLASSER, LLP
1055 Thomas Jefferson St. NW
Suite 540
Washington, D.C. 20007
202.463.2101
njohnson@baileyglasser.com

John A. Budig (KYSB #100287)
Daniel M. O'Hare (admitted *pro hac vice*)
BAILEY & GLASSER, LLP
209 Capitol Street
Charleston, WV 25301
304.345.6555
jbudig@baileyglasser.com
dohare@baileyglasser.com

*Attorneys for Bluegrass Natural Resources, LLC*

- and -

/s/ James R. Irving
James R. Irving
David K. Boydstun
DENTONS BINGHAM GREENEBAUM LLP
3500 PNC Tower
101 S. Fifth Street
Louisville, Kentucky 40202
Telephone:  (502) 587-3606
james.irving@dentons.com
david.boydstun@dentons.com

*Counsel for the Liquidating Trust
   of INMET Mining, LLC*

- and -

**SQUIRE PATTON BOGGS (US) LLP**

*/s/ F. Maximilian Czernin*
F. Maximilian Czernin (KY 93674)
Stephen D. Lerner (admitted *pro hac vice*)
Kyle F. Arendsen (admitted *pro hac vice*)
201 E. Fourth St., Suite 1900
Cincinnati, Ohio 45202
Telephone: 513.361.1200
Facsimile: 513.361.1201
max.czernin@squirepb.com
stephen.lerner@squirepb.com
kyle.arendsen@squirepb.com

*Counsel to Blackjewel Liquidation Trust, LLC*

## Exhibit A

**Proposed Order**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF KENTUCKY
# PIKEVILLE DIVISION

| | | |
|---|---|---|
| In re:<br>INMET MINING, LLC,[1]<br><br>        Debtor.<br><br>BLUEGRASS NATURAL RESOURCES, LLC,<br><br>        Plaintiff,<br><br>v.<br><br>BLACKJEWEL LIQUIDATION TRUST by and through DAVID J. BECKMAN, TRUSTEE, and THE LIQUIDATING TRUST OF INMET MINING, LLC,<br><br>        Defendants.<br><br>_____<br><br>BLACKJEWEL LIQUIDATION TRUST, LLC by and through DAVID J. BECKMAN, TRUSTEE,<br><br>        Counterclaim-Plaintiff.<br><br>v.<br><br>BLUEGRASS NATURAL RESOURCES, LLC, and THE LIQUIDATING TRUST OF INMET MINING, LLC,<br><br>        Counterclaim-Defendants. | ))))))))))))))))))))))))))))))) | Chapter 11<br><br>Case No. 23-70113<br><br>Honorable Gregory R. Schaaf<br><br><br><br><br><br>Adv. Proceeding No. 25-07001-dll<br><br>Honorable Douglas L. Lutz |

---

[1] The Debtor in this chapter 11 case, and the last four digits of the Debtor's taxpayer identification number, are as follows: INMET Mining, LLC (1693).

## JOINT SCHEDULING ORDER

Pursuant to the applicable Federal Rules of Bankruptcy Procedure, incorporated Federal Rules of Civil Procedure, and the *Joint Scheduling Order* [Docket No. 34], for good cause shown, and this Court's inherent authority, it is hereby ORDERED that:

1. Nothing in this Order shall prejudice Plaintiff and Counterclaim Defendant Bluegrass Natural Resources, LLC, f/k/a Bluegrass Energy, LLC ("Bluegrass"), Defendant and Counterclaim Plaintiff Blackjewel Liquidation Trust, LLC, by and through its trustee David J. Beckman (the "Blackjewel Trust"), or Defendant and Counterclaim Defendant the Liquidating Trust of INMET Mining, LLC (the "INMET Trust," collectively with Bluegrass and the Blackjewel Trust, the "Parties") from requesting that this Court grant a further extension of any deadline.

2. The Parties shall have to and through **November 5, 2025**, to complete discovery.

3. All dispositive motions shall be filed on or before **November 19, 2025**.

4. The Parties shall explore settlement of the within matter and file a joint report advising that the settlement conference was held and the results thereof on or before **December 3, 2025**.

5. On or before **January 21, 2026**, the Parties shall produce for inspection by the opposing Parties and file an Exhibit List and copies of all exhibits that are to be place in evidence. The exhibits shall be filed in accordance with the Court's directive in Section XIX of the Court's Administrative Procedures Manual.[2] The exhibits shall be marked with exhibit numbers and the pages of each shall be numbered. Unless written objections to the authenticity and/or admissibility of each such exhibit are filed on or before **February 9, 2026**, the exhibit shall be deemed authentic

---

[2] Information available at https://www.kyeb.uscourts.gov/administrative-procedures-manual.

and may be admitted upon request of the party to admit the exhibit into evidence at trial. In the absence of good cause, no exhibit may be offered in evidence except upon compliance with the conditions contained in this order. All exhibits shall be presented using the Court's Evidence Presentation System ("EPS").[3]

6. Counsel are required to contact the Courtroom Deputy to schedule EPS Training on or before **February 9, 2026**. Counsel is required to complete the EPS Training no later than **February 18, 2026**.

7. The Parties shall file Joint Stipulations of Fact on or before **February 9, 2026**.[4]

8. By **February 9, 2026**, each party shall file a Trial Brief, which shall include a list of witnesses expected to be called at trial, with a summary of anticipated testimony. The Trial Brief shall set forth the issues in question, a summary of what the evidence will tend to prove, and case and statutory authority in support of the respective positions of the Parties.

9. Trial of this proceeding shall **be held beginning at 9:30 a.m. (prevailing time) on March 16, 2026, through March 18, 2026, or as soon thereafter as the Court is available, in the U.S. Bankruptcy Court, Community Trust Building, Third Floor Courtroom, 100 East Vine Street, Lexington, Kentucky**.

Counsel for the Parties are further directed to inform the Court and file a Notice of Settlement herein as soon as any settlement is reached which disposes of the matter set for trial.

10. No requests for continuance of the trial will be considered unless a motion for continuance is filed and served on opposing counsel or parties appearing *pro se* at least 21 days

---

[3] Information available at http://www.kyeb.uscourts.gov Judges Info – Special Instructions – Evidence Presentation Systems (EPS).

[4] Instructions available at http://www.kyeb.uscourts.gov Judge's Info – Special Instructions – Joint Stipulations Preparation.

prior to the date scheduled for trial. Such motion must be accompanied by the affidavit of a party or counsel for a Party detailing the factual basis for the relief requested.

Tendered by:

/s/ Nicholas S. Johnson
Nicholas S. Johnson (admitted *pro hac vice*)
BAILEY & GLASSER, LLP
1055 Thomas Jefferson St. NW
Suite 540
Washington, D.C. 20007
202.463.2101
njohnson@baileyglasser.com

John A. Budig (KYSB #100287)
Daniel M. O'Hare (admitted *pro hac vice*)
BAILEY & GLASSER, LLP
209 Capitol Street
Charleston, WV 25301
304.345.6555
jbudig@baileyglasser.com
dohare@baileyglasser.com

*Attorneys for Bluegrass Natural Resources, LLC*

- and -

/s/ James R. Irving
James R. Irving
David K. Boydstun
DENTONS BINGHAM GREENEBAUM LLP
3500 PNC Tower
101 S. Fifth Street
Louisville, Kentucky 40202
Telephone: (502) 587-3606
james.irving@dentons.com
david.boydstun@dentons.com

*Counsel for the Liquidating Trust of INMET Mining, LLC*

- and -

**SQUIRE PATTON BOGGS (US) LLP**

*/s/ F. Maximilian Czernin*
F. Maximilian Czernin (KY 93674)
Stephen D. Lerner (admitted *pro hac vice*)
Kyle F. Arendsen (admitted *pro hac vice*)
201 E. Fourth St., Suite 1900
Cincinnati, Ohio 45202
Telephone: 513.361.1200
Facsimile: 513.361.1201
max.czernin@squirepb.com
stephen.lerner@squirepb.com
kyle.arendsen@squirepb.com

*Counsel to Blackjewel Liquidation Trust, LLC*