IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
PIKEVILLE DIVISION

| | | |
|---|---|---|
| In re:<br>INMET MINING, LLC,[1] | ) ) ) | Chapter 11 |
| Debtor. | ) ) ) | Case No. 23-70113 |
| BLUEGRASS NATURAL RESOURCES, LLC, | ) ) ) ) ) | Honorable Gregory R. Schaaf |
| Plaintiff, | ) ) | |
| v. | ) ) ) | Adv. Proceeding No. 25-07001-dll |
| BLACKJEWEL LIQUIDATION TRUST by and through DAVID J. BECKMAN, TRUSTEE, and THE LIQUIDATING TRUST OF INMET MINING, LLC, | ) ) ) ) ) ) ) | Honorable Douglas L. Lutz |
| Defendants. | ) ) ) | |
| _____ | ) ) | |
| BLACKJEWEL LIQUIDATION TRUST, LLC by and through DAVID J. BECKMAN, TRUSTEE, | ) ) ) ) ) | |
| Counterclaim-Plaintiff. | ) ) | |
| v. | ) ) | |
| BLUEGRASS NATURAL RESOURCES, LLC, and THE LIQUIDATING TRUST OF INMET MINING, LLC, | ) ) ) ) ) | |
| Counterclaim-Defendants. | ) ) | |

**JOINT SCHEDULING ORDER**

---

[1] The Debtor in this chapter 11 case, and the last four digits of the Debtor's taxpayer identification number, are as follows: INMET Mining, LLC (1693).

A-1

Pursuant to the applicable Federal Rules of Bankruptcy Procedure, incorporated Federal Rules of Civil Procedure, and the *Joint Scheduling Order* [Docket No. 42], for good cause shown, and this Court's inherent authority, it is hereby ORDERED that:

1. Nothing in this Order shall prejudice Plaintiff and Counterclaim Defendant Bluegrass Natural Resources, LLC, f/k/a Bluegrass Energy, LLC ("Bluegrass"), Defendant and Counterclaim Plaintiff Blackjewel Liquidation Trust, LLC, by and through its trustee David J. Beckman (the "Blackjewel Trust"), or Defendant and Counterclaim Defendant the Liquidating Trust of INMET Mining, LLC (the "INMET Trust," collectively with Bluegrass and the Blackjewel Trust, the "Parties") from requesting that this Court grant a further extension of any deadline.

2. The Parties shall have to and through **November 14, 2025**, to complete discovery.

3. All dispositive motions shall be filed on or before **November 25, 2025**.

4. All responses to dispositive motions shall be filed on or before **December 23, 2025**.

5. All replies in support of dispositive motions shall be filed on or before **January 9, 2026**.

6. The Parties shall explore settlement of the within matter and file a joint report advising that the settlement conference was held and the results thereof on or before **January 21, 2026**.

7. On or before **February 9, 2026**, the Parties shall produce for inspection by the opposing Parties and file an Exhibit List and copies of all exhibits that are to be place in evidence. The exhibits shall be filed in accordance with the Court's directive in Section XIX of the Court's

Administrative Procedures Manual.[2]  The exhibits shall be marked with exhibit numbers and the pages of each shall be numbered.  Unless written objections to the authenticity and/or admissibility of each such exhibit are filed on or before **February 23, 2026**, the exhibit shall be deemed authentic and may be admitted upon request of the party to admit the exhibit into evidence at trial.  In the absence of good cause, no exhibit may be offered in evidence except upon compliance with the conditions contained in this order.  All exhibits shall be presented using the Court's Evidence Presentation System ("EPS").[3]

8. Counsel are required to contact the Courtroom Deputy to schedule EPS Training on or before **February 23, 2026**.  Counsel is required to complete the EPS Training no later than **February 27, 2026**.

9. The Parties shall file Joint Stipulations of Fact on or before **February 23, 2026**.[4]

10. By **February 23, 2026**, each party shall file a Trial Brief, which shall include a list of witnesses expected to be called at trial, with a summary of anticipated testimony.  The Trial Brief shall set forth the issues in question, a summary of what the evidence will tend to prove, and case and statutory authority in support of the respective positions of the Parties.

11. Trial of this proceeding shall **be held beginning at 9:30 a.m. (prevailing time) on March 16, 2026, through March 18, 2026, or as soon thereafter as the Court is available, in the U.S. Bankruptcy Court, Community Trust Building, Third Floor Courtroom, 100 East Vine Street, Lexington, Kentucky**.

Counsel for the Parties are further directed to inform the Court and file a Notice

---

[2] Information available at https://www.kyeb.uscourts.gov/administrative-procedures-manual.

[3] Information available at http://www.kyeb.uscourts.gov Judges Info – Special Instructions – Evidence Presentation Systems (EPS).

[4] Instructions available at http://www.kyeb.uscourts.gov Judge's Info – Special Instructions – Joint Stipulations Preparation.

of Settlement herein as soon as any settlement is reached which disposes of the matter set for trial.

12. No requests for continuance of the trial will be considered unless a motion for continuance is filed and served on opposing counsel or parties appearing *pro se* at least 21 days prior to the date scheduled for trial. Such motion must be accompanied by the affidavit of a party or counsel for a Party detailing the factual basis for the relief requested.

Tendered by:

**SQUIRE PATTON BOGGS (US) LLP**

*/s/ F. Maximilian Czernin*
F. Maximilian Czernin (KY 93674)
Stephen D. Lerner (admitted *pro hac vice*)
Kyle F. Arendsen (admitted *pro hac vice*)
201 E. Fourth St., Suite 1900
Cincinnati, Ohio 45202
Telephone: 513.361.1200
Facsimile: 513.361.1201
max.czernin@squirepb.com
stephen.lerner@squirepb.com
kyle.arendsen@squirepb.com

*Counsel to Blackjewel Liquidation Trust, LLC*

- and -

*/s/ Nicholas S. Johnson*
Nicholas S. Johnson (admitted *pro hac vice*)
BAILEY & GLASSER, LLP
1055 Thomas Jefferson St. NW
Suite 540
Washington, D.C. 20007
202.463.2101
njohnson@baileyglasser.com

John A. Budig (KYSB #100287)
Daniel M. O'Hare (admitted *pro hac vice*)
BAILEY & GLASSER, LLP
209 Capitol Street
Charleston, WV 25301
304.345.6555
jbudig@baileyglasser.com
dohare@baileyglasser.com

A-4

---

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



**Signed By:**
*Douglas L Lutz*
**Bankruptcy Judge**
**Dated: Wednesday, November 5, 2025**
**(dll)**