**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
PIKEVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| INMET MINING, LLC,[1] | ) | Case No. 23-70113-grs |
| | ) | |
| Debtor. | ) | Honorable Gregory R. Schaaf |
| | ) | |
| BLUEGRASS NATURAL RESOURCES, LLC, | ) ) ) | |
| | ) | |
| Plaintiff, | ) | Adv. Proceeding No. 25-07001-dll |
| | ) | |
| v. | ) | Honorable Douglas L. Lutz |
| | ) | |
| BLACKJEWEL LIQUIDATION TRUST by and through DAVID J. BECKMAN, TRUSTEE, and THE LIQUIDATING TRUST OF INMET MINING, LLC, | ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| ——————————— | ) | |
| | ) | |
| BLACKJEWEL LIQUIDATION TRUST, LLC by and through DAVID J. BECKMAN, TRUSTEE, | ) ) ) | |
| | ) | |
| Counterclaim-Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| BLUEGRASS NATURAL RESOURCES, LLC, and THE LIQUIDATING TRUST OF INMET MINING, LLC, | ) ) ) | |
| | ) | |
| Counterclaim-Defendants. | ) ) | |

**DEFENDANT AND COUNTERCLAIM-PLAINTIFF THE BLACKJEWEL
LIQUIDATION TRUST'S OBJECTIONS TO PLAINTIFF AND COUNTERCLAIM-
DEFENDANT BLUEGRASS NATURAL RESOURCES, LLC'S EXHIBIT LIST**

---

[1] The Debtors in this chapter 11 case, and the last four digits of the Debtors' taxpayer identification numbers are as follows: INMET Mining LLC (1693).

Pursuant to the Amended Order for Trial (ECF No. 58), Defendant and Counterclaim Plaintiff The Blackjewel Liquidation Trust, LLC by and through its Trustee David J. Beckman (the "Blackjewel Trust"), hereby submits the following objections to exhibits identified on Plaintiff and Counterclaim-Defendant Bluegrass Natural Resources, LLC's ("Bluegrass") Exhibit List (ECF No. 78):

## **GENERAL OBJECTIONS**

The Blackjewel Trust and Bluegrass have stipulated to the authenticity of the documents exchanged during discovery.  However, the Blackjewel Trust reserves all other objections to admissibility including, but not limited to, objections based on lack of foundation, hearsay, and relevance.

Unless otherwise noted, the list below provides a key for the Blackjewel Trust's objections:

| CODE | OBJECTION |
|---|---|
| 402 | Relevance (Fed. R. Evid. 402). |
| 602 | Lack of personal knowledge; lack of foundation (Fed. R. Evid. 602). |
| 802 | Inadmissible hearsay that is not subject to an exception under the Federal Rules of Evidence (Fed. R. Evid. 802). |
| Cond. | Conditional objection; the Blackjewel Trust reserves the right to object to the exhibit at trial depending on the purpose for which Bluegrass seeks to introduce it. |

## THE BLACKJEWEL TRUST'S SPECIFIC OBJECTIONS

| Bluegrass's Ex. # | Bluegrass's Description | The Blackjewel Trust's Objections |
|---|---|---|
| 1 | Declaration of David J. Beckman. *In re Blackjewel, L.L.C.*, Chapter 11 No. 19-30289 (Bankr. S.D.W. Va. July 9, 2019), ECF No. 124-3. | 802; Cond. |
| 2 | Declaration of Jeff A. Hoops, Sr. in Support of Chapter 11 Filings and First Day Motions. *In re Blackjewel, L.L.C.*, Chapter 11 No. 19-30289 (Bankr. S.D.W. Va. July 1, 2019) ECF No. 14. | 402; 602; 802. |
| 3 | Map of INMET Mining in Harlan and Letcher Counties, Kentucky and Lee, Scott and Wise Counties, Virginia, prepared by Wier International, Inc. | No objection. |
| 4 | Google Earth depiction of Lone Mountain Processing Facility. | No objection. |
| 5 | Motion of Debtors for Entry of (I) An Order (A) Approving Bidding Procedures, (B) Scheduling an Auction, Sale Hearing and Other Dates and Deadlines, (C) Approving Contura Energy, Inc. as a Stalking Horse Purchaser, (D) Approving the Assumption and Assignment of Contracts and Leases and Related Cure Procedures, (E) Approving the Purchase Deposit, (F) Authorizing Termination of the 401(K) Plan and (G) Granting Related Relief, and (II) An Order Approving the Sale of the Purchased Assets Free and Clear of Liens, Claims, and Encumbrances. *In re Blackjewel, L.L.C.*, Chapter 11 No. 19-30289 (Bankr. S.D.W. Va. Sept. 17, 2019), ECF No. 312. | No objection. |

| Bluegrass's Ex. # | Bluegrass's Description | The Blackjewel Trust's Objections |
|---|---|---|
| 6 | Order (I) Approving the Sale of Certain Assets to Kopper Glo Mining, LLC Free and Clear of Liens, Claims, Encumbrances, and Other Interests, (II) Approving the Assumption and Assignment of Certain Executory Contracts and Expired Leases, and (III) Granting Related Relief and Assignment and Assumption Agreement and Bill of Sale Regarding Specific Assets. *In re Blackjewel, L.L.C.*, Chapter 11 No. 19-30289 (Bankr. S.D.W. Va. Sept. 17, 2019), ECF No. 1096. | No objection. |
| 7 | Kopper Glo Bid Dated July 31, 2019. BNR012943-BNR012962. | No objection. |
| 8A | Asset Auction Transcript- August 1, 2019. *In re Blackjewel, L.L.C.*, Chapter 11 No. 19-30289 (Bankr. S.D.W. Va. Sept. 17, 2019), ECF No. 565-1. Part 1, pages 1-49. | 602; 802; Cond. |
| 8B | Asset Auction Transcript- August 1, 2019. *In re Blackjewel, L.L.C.*, Chapter 11 No. 19-30289 (Bankr. S.D.W. Va. Sept. 17, 2019), ECF No. 565-1. Part 2, pages 50-95. | 602; 802; Cond. |
| 9 | Asset Auction Transcript- August 3, 2019. *In re Blackjewel, L.L.C.*, Chapter 11 No. 19-30289 (Bankr. S.D.W. Va. Sept. 17, 2019), ECF No. 559-2. | 602; 802; Cond. |
| 10 | Email chain between Brady Dunnigan, Donald Hughes, et al., dated August 12, 2019. BJLT_00006417-BJLT_00006418. | 602. |
| 11 | SPB Draft of Assignment and Assumption Agreement and Bill of Sale Regarding Specific Assets, dated August 14, 2019. BJLT_00006210-BJLT_00006240 | Cond. |
| 12 | Email chain among Corey Schiff, Brady Dunnigan, Donald Hughes, et al., dated August 16, 2019. BJLT_00002249-BJLT_00002252. | No objection. |
| 13 | Email chain among Brady Dunnigan, Donald Hughes, et al. dated August 20, 2019. BJLT_00002952-BJLT_0002953. | No objection. |

| Bluegrass's Ex. # | Bluegrass's Description | The Blackjewel Trust's Objections |
|---|---|---|
| 14 | Email chain from Paul Shin to Drew Kesler, Christ Slone, et al., dated August 20, 2019. BJLT_00005632. | No objection. |
| 15 | Email chain among Brady Dunnigan, David Beckman, Hunter Hobson, et al., dated August 22-27, 2019. BJLT_00002568-BJLT_00002571 | No objection |
| 16 | James Hafner email to Brady Dunnigan regarding the SPB Draft of the Assignment and Assumption Agreement and Bill of Sale Regarding Specific Assets. BJLT_00000201- BJLT_00000203; BJLT_00000219-BJLT_00000250. | No objection. |
| 17 | Paul Shin email to Brady Dunnigan, David Beckman, Hunter Hobson et al. dated August 28, 2019. BJLT_00000133-BJLT_00000148. | No objection. |
| 18 | Email from David Beckman to Michael Costello, dated July 3, 2023, attaching Paul Shin email of August 28, 2019. BJLT_00000676-BJLT_00000680. | No objection. |
| 19 | Email from David Beckman to Michael Costello dated July 5, 2023, resending earlier email of July 3, 2023. BJLT_00000716-BJLT_00000722. | No objection. |
| 20 | Brady Dunnigan sends clean and redline versions of the Assignment and Assumption Agreement dated August 28, 2019. BJLT_00002958-BJLT_00002989. | No objection. |
| 21 | Letter from the Kentucky Energy and Environment Cabinet to Powell Mountain Energy, LLC, dated September 26, 2022. BNR009283-BNR009284. | No objection. |
| 22 | Letter from Blackjewel, L.L.C. to Virginia Division of Mines, dated September 16, 2019. BJLT_00003199-BJLT_00003201. | 602; Cond. |

| Bluegrass's Ex. # | Bluegrass's Description | The Blackjewel Trust's Objections |
|---|---|---|
| 23 | Declaration of David J. Beckman in Support of Liquidation Trustee's Reply in Further Support of Liquidation Trustee's Motion for Entry of an Order (I) Compelling Kopper Glo to Comply with the Sale Order, Assignment Agreement, and Royalty Agreements, (II) Holding Kopper Glo in Contempt and Sanctioning Kopper Glo and its Directors and Officers to the Extent Necessary, and (III) Granting Related Relief. *In re Blackjewel, L.L.C.*, Chapter 11 No. 19-30289 (Bankr. S.D.W. Va. Mar. 14, 2022), ECF No. 3611. | 802; Cond. |
| 24 | Complaint, *Blackjewel Liquidation Trust v. Kopper Glo Mining, LLC* et al., Adv. Proc. No. 22-3001 (Bankr. S.D.W. Va. Aug. 30, 2022), ECF No. 1. | 402; 802. |
| 25 | Order Granting Unopposed Motion for Dismissal of Claims against INMET Mining, LLC, *Blackjewel Liquidation Trust v. Kopper Glo Mining, LLC* et al., Adv. Proc. No. 22- 3001 (Bankr. S.D.W. Va. Nov. 1, 2023), ECF No. 103. | No objection. |
| 26 | Debtors' Motion for Entry of an Order Establishing Procedures for the Sale, Transfer, or Abandonment of Certain *De Minimis* Assets. *In re Blackjewel, L.L.C.*, Chapter 11 No. 19-30289 (Bankr. S.D.W. Va. Nov. 11, 2019), ECF No. 1365. | No objection. |
| 27A | First Amended Joint Chapter 11 Plan of Liquidation for Blackjewel L.L.C. and its Affiliated Debtors. *In re Blackjewel, L.L.C.*, Chapter 11 No. 19-30289 (Bankr. S.D.W. Va. Nov. 11, 2019), ECF No. 2500-1. Part 1, pages 1-20. | No objection. |
| 27B | First Amended Joint Chapter 11 Plan of Liquidation for Blackjewel L.L.C. and its Affiliated Debtors. In re Blackjewel, L.L.C., Chapter 11 No. 19-30289 (Bankr. S.D.W. Va. Nov. 11, 2019), ECF No. 2500-1. Part 2, pages 21-49. | No objection. |

| Bluegrass's Ex. # | Bluegrass's Description | The Blackjewel Trust's Objections |
|---|---|---|
| 28 | Notice of Filing of Amended Stalking Horse Agreement Schedules (Kentucky Assets). *In re INMET Mining, LLC*, Chapter 11 No. 23-70113 (Bankr. E.D. Ky. July 5, 2023), ECF No. 487. | 802; Cond. |
| 29 | Objection of the Blackjewel Liquidation Trust to Debtor's Kentucky Assets Sale Order and APA. *In re INMET Mining, LLC*, Chapter 11 No. 23-70113 (Bankr. E.D. Ky. July 10, 2023), ECF No. 509. | No objection. |
| 30 | Michael Costello email to David Beckman, dated as of July 8, 2023, including Exhibit B of 2019 Bill of Sale. BJLT_00002224-BJLT_00002232. | No objection. |
| 31 | Emails between Donald Hughes, Brady Dunnigan, James Hafner and others, dated August 20-30, 2019. BJLT_00005311-BJLT_00005317. | No objection. |
| 32 | Letter from Max Czernin to Nicholas S. Johnson et al. dated September 19, 2025. | 402; 602; 802; Cond. |
| 33 | Plaintiff's Amended Notice of Deposition of Rule 30(B)(6) Representative of Counterclaim Plaintiff Blackjewel Liquidation Trust, LLC, dated as of October 30, 2025. *Bluegrass Natural Resources, LLC v. Blackjewel Liquidation Trust, LLC*, Adv. Proc. No. 25-7001. | 402; 602; 802; Cond. |
| 34 | Letter from Stephen D. Lerner to Kevin W. Barrett et al., dated as of April 4, 2024, providing notice of the Blackjewel Trust's intent to sell Lee County Properties. BJLT_00002052-BJLT_00002054. | No objection. |
| 35 | Computation of damages claimed by the Blackjewel Liquidation Trust. BJLT_00006720-BJLT_00006729. | No objection. |
| 36 | Amended and Restated Stalking Horse Asset Purchase Agreement. *In re INMET Mining, LLC*, Chapter 11 No. 23-70113 (Bankr. E.D. Ky. August 10, 2023), ECF No. 617-1. | 802; Cond. |

| Bluegrass's Ex. # | Bluegrass's Description | The Blackjewel Trust's Objections |
|---|---|---|
| 37 | Defendant and Counterclaim-Plaintiff Blackjewel Liquidation Trust, LLC's Supplemental Objections and Responses to Plaintiff and Counterclaim Defendant Bluegrass Natural Resources, LLC's First Set of Interrogatories and Requests for Production. | No objection. |
| 38 | Bluegrass Natural Resources Tons Shipped by Plant by Month. | No objection. |
| 39 | Craig Travis email to Hunter Hobson dated November 25, 2019, with attachments. BNR000175-BNR000198. | No objection. |
| 40 | Memorandum of Law in Support of Motion for Summary Judgment. *Barnwell et al. v. Ark Land, LLC et al.*, Case No. 2:20-cv-00011-JPJ-PMS (W.D. Va. Apr. 11, 2022), ECF No. 131. | 402; 602; 802; Cond. |
| 41 | Wheelage and Easement Agreement among Barnwell heirs, Ark Land Company, and Lone Mountain Processing, Inc., dated December 30, 2011. *Barnwell et al. v. Ark Land, LLC et al.*, Case No. 2:20-cv-00011-JPJ-PMS (W.D. Va. June 25, 2020), ECF No. 1-1. | 402; 602; 802; Cond. |
| 42 | Declaration of Hunter Hobson, *Barnwell et al. v. Ark Land, LLC et al.*, Case No. 2:20-cv-00011-JPJ-PMS (W.D. Va. Apr. 11, 2022), ECF No. 131-3. | 402; 802; Cond. |
| 43 | Emails among Craig Travis to Hunter Hobson and Sean Ebnet, dated February 24, 2022. BNR003324-BNR003329. | No objection. |
| 44 | Emails among Sean Ebnet, Hunter Hobson, Craig Travis, and Clifford Berry dated February 28 to March 3, 2022. BNR003796-BNR003798. | No objection. |
| 45 | Emails among Hunter Hobson, Sean Ebnet, Craig Travis, et al., dated February 25, 2022. BNR003405-BNR003407 | No objection. |
| 46 | Emails among Hunter Hobson, Spencer Sloan, Sean Ebnet, Craig Travis, et al., dated February 28, 2022. BNR003438-BNR003439. | No objection. |

| Bluegrass's Ex. # | Bluegrass's Description | The Blackjewel Trust's Objections |
|---|---|---|
| 47 | Email from Susan Blalock at the Virginia Department of Environmental Quality to counsel for the Blackjewel Debtors, dated March 9, 2020. BJT_00001543-BJT00001551. | 802; Cond. |
| 48 | Emails from Dan Brosius to Hunter Hobson and Keith Dyke, dated March 13, 2020 to April 15, 2020. BJT_00001563-BJT_1569. | No objection. |
| 49 | Scope of Work and Cost Estimate for Compilation of Permit and Lease Boundaries for Select Blackjewel Properties in Kentucky and Virginia, dated August 15, 2019. MMA000115-MMA000121. | No objection. |
| 50 | Email from Ron Hite to Hans Naumann, forwarding email from Paul Shin to Ron Hite, both dates August 15, 2019. MMA000130-MMA000178. | 802; Cond. |
| 51 | Emails between Joe Tussey and Hans Naumann dated August 21, 2019. MMA000406-MMA000407. | 802; Cond.. |
| 52 | Email from David Shim to Hans Naumann, dated August 22, 2019. MMA000446-MMA000511. | 802; Cond. |
| 53 | Email among Hans Naumann, David Shim and Paul Shin, dated August 27-28, 2019. MMA000719-MMA000727. | 802; Cond. |
| 54 | Email from Justin Douthat to Ron Hite, attaching Virginia right of entry information, dated August 22, 2019. MMA000583-MMA000594. | 802; Cond.. |
| 55 | Special Warranty Deed dated September 7, 2017 from Ark Land LLC to Arch Land LLC. BNR017846-BNR017852. | No objection. |
| 56 | Special Warranty Deed dated September 7, 2017 from Arch Land LLC to Arch Coal, Inc. BNR017853-BNR017859. | No objection. |
| 57 | Special Warranty Deed dated September 7, 2017 from Arch Coal, Inc. and International Energy Group, LLC. BNR017860-BNR017866. | No objection. |

| Bluegrass's Ex. # | Bluegrass's Description | The Blackjewel Trust's Objections |
|---|---|---|
| 58 | Special Warranty Deed dated September 7, 2017 from International Energy Group, LLC and ICG, LLC. BNR017867-BNR017873. | No objection. |
| 59 | Special Warranty Deed dated September 7, 2017 from ICG, LLC to Arch Coal Group, LLC. BNR017874-BNR017880. | No objection. |
| 60 | Special Warranty Deed dated September 7, 2017 from Arch Coal Group, LLC to Arch Coal Operations, LLC. BNR017881-BNR017887. | No objection. |
| 61 | Special Warranty Deed dated September 7, 2017 from Arch Coal Operations, LLC to Catenary Coal Holdings, LLC. BNR017888-BNR017894. | No objection. |
| 62 | Special Warranty Deed dated September 7, 2017 from Catenary Coal Operations, LLC to Lone Mountain Processing, LLC. BNR017895-BNR017901. | No objection. |
| 63 | Marshall Miller Workbook identifying ownership associated with permits for Rhino and Kopper Glo Virginia sales (FTIC102_Va Permits-Landowners_(dc2sm2rgw)). MMA000606. | 802; Cond.. |
| 64 | Transcript and video from Deposition of Hunter Hobson, dated November 13, 2025. | 802. |
| 65 | Transcript and video from Deposition of Hans Naumann, dated November 14, 2025. | 802. |
| 66 | SPB Draft of Assignment and Assumption Agreement and Bill of Sale Regarding Specific Assets dated August 29, 2019. BJLT_00000478-BJLT_00000492. | No objection. |
| 67 | Order Dismissing Appeal. *Blackjewel Liquidation Trust LLC v. INMET Mining, LLC*, et al., Case No. 7:23-CV-59-REW (E.D. Ky. Sept. 25, 2024), ECF No. 37. | 402. |

| Bluegrass's Ex. # | Bluegrass's Description | The Blackjewel Trust's Objections |
|---|---|---|
| 68 | Order (I) Approving the Sale of Certain Assets to Bluegrass Energy LLC Free and Clear of Liens, Claims, Encumbrance, and Other Interests, (II) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (III) Granting Related Relief. *In re INMET Mining, LLC*, Chapter 11 No. 23-70113 (Bankr. E.D. Ky. July 13, 2023), ECF No. 536. | No objection. |
| 69 | Order (A) Establishing Bidding and Sale Procedures with respect to the Sale of Substantially All of the Debtor's Kentucky Assets, (B) Authorizing the Entry into One or More Stalking Horse Agreements, (C) Scheduling an Auction and Sale Hearing and Approving the Form and Manner of Notice Thereof and (D) Granting Related Relief. *In re INMET Mining, LLC*, Chapter 11 No. 23-70113 (Bankr. E.D. Ky. May 10, 2023), ECF No. 248. | No objection. |
| 69 | Deed of Conveyance dated January 10, 2024 between Lone Mountain Processing, LLC and INMET Mining, LLC, and recorded January 31, 2024. (Strobel Ex. 13) | No objection. |
| 70 | Deed of Correction dated February 14, 2024 between Lone Mountain Processing, LLC and INMET Mining, LLC, and recorded on February 22, 2024. (Strobel Ex. 14) | No objection. |
| 71 | Deed of Correction dated February 14, 2024 between Lone Mountain Processing, LLC and INMET Mining, LLC, and recorded on February 22, 2024. (Strobel Ex. 14) | No objection. |
| 72 | Deed of Conveyance dated February 15, 2024 between INMET Mining, LLC and Bluegrass Natural Resources, LLC, and recorded on March 7, 2024. (Strobel Ex. 12) | No objection. |
| 73 | Transcript of July 12, 2023 hearing. *In re INMET Mining, LLC*, Chapter 11 No. 23-70113 (Bankr. E.D. Ky. July 14, 2023), ECF No. 541. | 402; 802. |
| 74 | Letter dated April 12, 2024 from Kevin Barrett to Stephen D. Lerner. BJLT_00002057-BJLT_00002059. | 802. |

| Bluegrass's Ex. # | Bluegrass's Description | The Blackjewel Trust's Objections |
|---|---|---|
| 75 | Preliminary Objection of the Blackjewel Liquidation Trust to Debtor's Sale Order and Cure Notice. *In re INMET Mining, LLC*, Chapter 11 No. 23-70113 (Bankr. E.D. Ky. June 9, 2023), ECF No. 357. | No objection. |
| 76 | Bluegrass Natural Resources, LLC v. Beckman, Adv. Proc. No. 24-7002 (Bankr. E.D. Ky.). Transcript of July 18, 2024 Hearing. | 402; 802. |
| 77 | INMET Original Schedules. In re INMET Mining, LLC, Chapter 11 No. 23-70113 (Bankr. E.D. Ky. May 5, 2023), ECF No. 201. | No objection. |
| 78 | INMET Amended Schedules. In re INMET Mining, LLC, Chapter 11 No. 23-70113 (Bankr. E.D. Ky. June 7, 2023), ECF No. 410. | No objection. |
| 79 | Notice of Filing of Amended and Restated Stalking Horse Asset Purchase Agreement and Schedules (Kentucky Assets). In re INMET Mining, LLC, Chapter 11 No. 23-70113 (Bankr. E.D. Ky. July 11, 2023), ECF No. 513. | No objection. |
| 80 | Any exhibit offered into evidence by the Blackjewel Trust, LLC, by and through David J. Beckman, or by the Liquidating Trust of INMET Mining, LLC. | No objection. |
| 81 | Transcript of 30(b)(6) Deposition of the Blackjewel Liquidation Trust, LLC, dated November 11, 2025. | 802; Cond. |
| 82 | Transcript of Deposition of David Beckman, dated October 9, 2025. | 802; Cond. |
| 83 | Transcript of Deposition of Jerrod Freund, dated October 29, 2025. | 802; Cond. |
| 84 | Transcript of Jeffrey W. Strobel, dated October 3, 2025. | 802; Cond. |
| 85 | Transcript of 30(b)(6) Deposition of Bluegrass Natural Resources, dated November 3, 2025. | 802; Cond. |

| Bluegrass's Ex. # | Bluegrass's Description | The Blackjewel Trust's Objections |
|---|---|---|
| 86 | Transcript of 30(b)(6) Deposition of Bluegrass Natural Resources, dated January 15, 2026. | 802; Cond. |
| 87 | Plaintiff/ Counterclaim Defendant Bluegrass Natural Resources, LLC's Responses to the Counterclaim-Plaintiff's First Set of Requests for Admission, Interrogatories and Requests for Production | No objection. |
| 88 | Bluegrass Natural Resources, LLC's Responses to Counterclaim-Plaintiff the Blackjewel Liquidation Trust LLC's Second Set of Interrogatories and Requests for Production. | No objection. |
| 89 | Assignment and Assumption Agreement and Bill of Sale Regarding Specific Assets, SPB Draft of 8-11-19. MMA000068-MMA000099. | No objection. |

DATED: April 17, 2026

*/s/ F. Maximilian Czernin*
F. Maximilian Czernin (KY 93674)
Stephen D. Lerner (admitted *pro hac vice*)
Kyle F. Arendsen (admitted *pro hac vice*)
SQUIRE PATTON BOGGS (US) LLP
201 E. Fourth St., Suite 1900
Cincinnati, Ohio 45202
Telephone: 513.361.1200
Facsimile: 513.361.1201
Max.czernin@squirepb.com
stephen.lerner@squirepb.com

Gregory C. Djordjevic (admitted *pro hac vice*)
SQUIRE PATTON BOGGS (US) LLP
1000 Key Tower
127 Public Square
Cleveland, Ohio 44114
Telephone: 216.479.8106
Facsimile: 216.479.8780
Gregory.djordjevic@squirepb.com

*Counsel for the Defendant and Counterclaim-Plaintiff The Blackjewel Liquidation Trust LLC*

- 14 -

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 17, 2026, the foregoing was electronically filed with this Court and will be served on all counsel of record via operation of the Court's electronic-filing system.

*/s/ F. Maximilian Czernin*
F. Maximilian Czernin