**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION**

| | |
|---|---|
| **IN RE** | |
| | **CASE NO. 23-70113** |
| **INMET MINING, LLC** | |
| | **CHAPTER 11** |
| **DEBTOR** | |
| | |
| **BLUEGRASS NATURAL RESOURCES, LLC** | **PLAINTIFF** |
| | |
| **V.** | **ADV. NO. 25-7001** |
| | |
| **BLACKJEWEL LIQUIDATION TRUST** by and through **DAVID J. BECKMAN, TRUSTEE,** *et al.* | **DEFENDANTS** |

---

| | |
|---|---|
| **BLACKJEWEL LIQUIDATION TRUST** by and through **DAVID J. BECKMAN, TRUSTEE,** | **COUNTERCLAIM-PLAINTIFF** |
| | |
| **V.** | |
| | |
| **BLUEGRASS NATURAL RESOURCES, LLC,** *et al.* | **COUNTERCLAIM-DEFENDANTS** |

**JUDGMENT**

In conformity with the Memorandum Opinion entered herein, IT IS ORDERED that:

1. The Bluegrass Motion [ECF No. 60] is GRANTED. Bluegrass shall be awarded a summary judgment as against the Trust (a) as to its Count One (Declaratory Judgment) on ownership of the Real Property, and (b) dismissing the Trust's Counterclaims One through Six.

2. The Trust's Motion [ECF No. 61] is GRANTED as to the dismissal of Bluegrass's Counts Two (Injunctive Relief) and Three (Contempt Sanctions), and is DENIED as to the Trust's requests for a summary judgment in its favor on its Counterclaims One

(Declaratory Judgment), Three (Trespass to Land), and Four (Slander of Title), and on its request for a summary judgment in its favor on Bluegrass's affirmative defense of mutual mistake (as moot).

3. The pending deadlines and trial set for this matter for May 18, 2026, are hereby VACATED.

2

---

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



**Signed By:**
*Douglas L Lutz*
**Bankruptcy Judge**
**Dated: Thursday, April 30, 2026**
**(dll)**