**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**LONDON DIVISION**

| | |
|---|---|
| **IN RE** | **CASE NO. 23-70113** |
| **INMET MINING, LLC** | **CHAPTER 11** |
| **DEBTOR** | |
| **BLUEGRASS NATURAL RESOURCES, LLC** | **PLAINTIFF** |
| **V.** | **ADV. NO. 25-7001** |
| **BLACKJEWEL LIQUIDATION TRUST** by and through **DAVID J. BECKMAN, TRUSTEE,** *et al.* | **DEFENDANTS** |
| **BLACKJEWEL LIQUIDATION TRUST** by and through **DAVID J. BECKMAN, TRUSTEE,** | **COUNTERCLAIM-PLAINTIFF** |
| **V.** | |
| **BLUEGRASS NATURAL RESOURCES, LLC,** *et al.* | **COUNTERCLAIM-DEFENDANTS** |

**ORDER**

Concurrently with this Order, the Court has entered a Memorandum Opinion ruling on the cross-motions for summary judgment filed by Plaintiff Bluegrass Resources, LLC ("Bluegrass") and Defendant Blackjewel Liquidation Trust, LLC, by and through David J. Beckman, Trustee [ECF Nos. 60 & 61.] The Court's Memorandum Opinion resolves all claims in this adversary proceeding between these parties. However, Bluegrass's claim against The Liquidating Trust of INMET Mining, LLC ("LTIM") for a declaratory judgment [ECF No. 1 at 10] remains pending. It is unclear to the Court whether Bluegrass and LTIM wish to try this claim or proceed forward in a different manner.

Accordingly, IT IS ORDERED that Bluegrass and LTIM shall submit a joint status report within **14 days of the entry of this Order** outlining the parties' proposed next steps to resolve this matter.

2

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



**Signed By:**
*Douglas L Lutz*
**Bankruptcy Judge**
**Dated: Thursday, April 30, 2026**
**(dll)**